**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1800**

———————

In Re: ANDREW CLIFFORD MOORE,

                                                    Debtor.

_____

GEORGE E. MCDERMOTT,

                                        Plaintiff - Appellant,

        versus

ANDREW CLIFFORD MOORE,

                                        Defendant - Appellee,

        and

UNITED STATES TRUSTEE,

                                        Party in Interest.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
97-1822-PJM, BK-88-42746, AP-95-1249)

———————

Submitted:  December 17, 1998      Decided:  December 29, 1998

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

George E. McDermott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George E. McDermott appeals from the district court's order dismissing his appeal from the bankruptcy court's order denying his motion to reopen his adversary proceeding against Andrew Moore alleging that confirmation of Moore's Chapter 11 plan was obtained by fraud. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McDermott v. Moore, No. CA-97-1822-PJM; BK-88-42746; AP-95-1249 (D. Md. May 18, 1998). We deny McDermott's motion for injunctive relief in which he sought to enjoin the enforcement of this court's prior opinion, and we deny his motion for suggestion of removal from this court. See In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED